Jamie McGrady
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jamie_mcgrady@fd.org

Counsel for Defendant David Wayne Henry

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>DAVID WAYNE HENRY,<br><br>                 Defendant. | Case No. 3:15-cr-00109-TMB-DMS<br><br>**DEFENDANT'S WAIVER OF PERSONAL PRESENCE [Fed. R. Crim. P. 43(a)]** |

      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant David Wayne Henry, through counsel, Jamie McGrady, Federal Defender, acknowledges that he has been advised of his right to be present in court for his initial appearance and hereby waives his personal presence at the hearing and consents to appear via telephone or videoconference, after consultation with the undersigned.

      Mr. Henry is presently in custody at Mat-Su Pretrial and his appearance by telephone or videoconference will allow him to avoid the required 14-day quarantine following his transport to court and return to custody because his not yet fully vaccinated against COVID-19. Mr. Henry agrees that his interests will be deemed always represented by the presence of the undersigned and his presence by telephone/videoconference, the same if he were personally present.

DATED at Anchorage, Alaska this 30th day of June, 2021.

>Respectfully submitted,
>
>FEDERAL PUBLIC DEFENDER
>FOR THE DISTRICT OF ALASKA
>
>*/s/ Jamie McGrady*
>Jamie McGrady
>Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 30, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jamie McGrady*